1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC,       ) <br> ) <br> Plaintiff,   ) <br> vs.                                          ) <br> ) <br> TODD NILSSON TRUCKING, INC.,        ) <br> ) <br> Defendant.    ) | C06-1641 JPD <br><br> MINUTE ORDER RESETTING <br> DEADLINES |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3). The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 12, 2007
Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 19, 2007
Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 26, 2007

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to January 26, 2007. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2). The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than January 26, 2007, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425. An individual party's

1  decision on consent is not to be filed electronically or forwarded in any form to the chambers of
2  Judge Donohue.
3
4
5
6                                              Dated this 14th of December, 2006
7
8                                              Bruce Rifkin, Clerk of Court
9
10                                             /s/ PETER H. VOELKER
                                               Peter H. Voelker, Deputy Clerk
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28